UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OLASEBIKAN N. AKINMULERO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES ATTORNEY GENERAL, *et al.*,<br><br>　　　　　　Defendants. | NO. C20-1135RSL<br><br>ORDER |

On August 6, 2020, plaintiff's application to proceed *in forma pauperis* was granted and his complaint was accepted for filing. The complaint was defective, however, in that the named defendants could not be held liable for damages under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), and plaintiff has not adequately stated a claim for review of agency action. Plaintiff was given an opportunity to file an amended complaint (Dkt. # 6) and has now done so (Dkt. # 7).

The amended complaint names the Department of Homeland Security, USCIS, as the defendant and alleges that the agency acted arbitrarily and/or in violation of law when it requested that plaintiff file a form I-212 seeking permission to reapply for admission to the United States. Plaintiff alleges that he was previously granted a waiver of excludability and continuous resident status. The Order for More Definite Statement is hereby VACATED. The

ORDER - 1

Clerk of Court is directed to issue summons so that plaintiff may serve the summons and complaint on defendant as set forth in Fed. R. Civ. P. 4(i).

Dated this 5th day of October, 2020.

Robert S. Lasnik
United States District Judge

ORDER - 2