|   |   |   |
|---|---|---|
| | UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE | |
| OLASEBIKAN N. AKINMULERO, | | NO. C20-1135-RSL |
| Plaintiff, | | ORDER |
| v. | | |
| DEPARTMENT OF HOMELAND SECURITY; and UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, | | |
| Defendants. | | |

THIS MATTER came before the Court on the parties' Agreed Joint Motion for an Extension of Deadlines. It is hereby ORDERED that good cause is shown for the requested relief, and the Motion is granted. Defendants shall have until January 29, 2021, to file and serve their answer or response to the complaint. The Court will not consider plaintiff's pending motion for summary judgment until the parties have provided a joint status report/briefing schedule.

ORDER
C20-1135-RSL - 1

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, Washington 98402
(253) 428-3800

1  Dated this 23rd day of December, 2020.

*MRT S Lasnik*
ROBERT S. LASNIK
United States District Court Judge

ORDER
C20-1135-RSL - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WASHINGTON 98402
(253) 428-3800