UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OLASEBIKAN N. AKINMULERO,<br><br>               Plaintiff,<br>  v.<br><br>DEPARTMENT OF HOMELAND<br>SECURITY,<br><br>            Defendant. | NO.  C20-1135-RSL<br><br>ORDER |

THIS MATTER came before the Court on the parties' Agreed Joint Motion for an Extension of Deadlines.  The Court has reviewed the Motion and all evidence submitted in support of, as well as the pleadings on file, and is otherwise fully informed.

It is hereby ORDERED that good cause is shown for the requested relief, and the Motion is granted. Defendant shall have an extension until March 1, 2021 to file the certified administrative record in this action.

DATED this 27th day of January, 2021.

*MArS Lasnik*
ROBERT S. LASNIK
United States District Court Judge

ORDER
C20-1135-RSL - 1

1

Presented by:

2

BRIAN T. MORAN

3   United States Attorney

4

*/s/ Patricia D. Gugin*

5   PATRICIA D. GUGIN, WSBA #43458
Assistant United States Attorney

6   United States Attorney's Office
1201 Pacific Avenue, Ste. 700

7   Tacoma, WA 98402
Phone: 253-428-3832

8   Fax: 253-428-3826
E-mail: pat.gugin@usdoj.gov

9

*Attorneys for Defendant*

10

11   *s/ Olasebikan N. Akinmulero*
OLASEBIKAN N. AKINMULERO

12   PRO SE
3606 S. 180th St., #C35

13   Seatac, WA 98188
Phone: 206-859-0212

14   Wzup1tm@yahoo.com

15

16

17

18

19

20

21

ORDER
C20-1135-RSL - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WASHINGTON 98402
(253) 428-3800