UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OLASEBIKAN N. AKINMULERO,

   Plaintiff,

   v.

DEPARTMENT OF HOMELAND SECURITY, *et al.*,

   Defendants.

NO. C20-1135RSL

ORDER DENYING MOTION FOR DEFAULT JUDGMENT

This matter comes before the Court on plaintiff's "Motion to Render a Default Judgment and Grant of Summary Judgment." Dkt. # 26. Defendants timely filed their answer to the amended complaint on January 29, 2021. Dkt. # 23. The certificate of service attached thereto is evidence of service by mail on that same date. *See* Dkt. # 23 at 4. There being no factual basis for entry of default or default judgment against defendants, plaintiff's motion is DENIED.

Dated this 27th day of April, 2021.

Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION FOR
DEFAULT JUDGMENT - 1