# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| OLASEBIKAN N. AKINMULERO,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | NO. C20-1135RSL<br><br>ORDER |

This matter comes before the Court on plaintiff's "Motion for Clarification of April 27, 2021, Order Denying Motion for Default Judgment." Dkt. # 33. Plaintiff inquires whether statements in a certificate of service constitute evidence of service. Yes, in the circumstances presented here, the certificate of service is sufficient. "The rule is well settled that proof that a letter properly directed was placed in a post office creates a presumption that it reached its destination in usual time and was actually received by the person to whom it was addressed." *Hagner v. U.S.*, 285 U.S. 427, 430 (1932). An employee of the United States Attorney's Office certified that she mailed a copy of defendant's answer to plaintiff at his address on January 29, 2020. Dkt. # 23 at 4. That certificate is evidence of service, giving rise to a presumption of receipt that has not been rebutted. Plaintiff is not entitled to a default judgment.

ORDER - 1

Dated this 2nd day of June, 2021.

_____
Robert S. Lasnik
United States District Judge

ORDER - 2