UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OLASEBIKAN AKINMULERO,<br><br>          Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>          Defendants. | Cause No. C20-1135RSL<br><br>ORDER DENYING MOTION FOR LEAVE TO AMEND |

    This matter comes before the Court on plaintiff's "Motion to Amend Complaint Pleading." Dkt. # 43. Pursuant to the case management order issued by the Court, the deadline for amending pleadings was September 8, 2021. On that date, plaintiff filed a motion requesting leave to file "any and necessary future Amendments to complaints" when it becomes appropriate. Dkt. # 43 at 1. Plaintiff does not actually seek to file an amended complaint, nor has he shown good cause to extend the deadline for amendment. If, at some future point, plaintiff discovers that amendment is necessary, he will need to establish good cause to amend the scheduling order under Fed. R. Civ. P. 16(b)(4) and that the amendment is proper under Fed. R. Civ. P. Rule 15.

ORDER DENYING MOTION
FOR LEAVE TO AMEND - 1

For all of the foregoing reasons, plaintiff's motion for leave to amend the complaint is DENIED.

Dated this 27th day of September, 2021.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION
FOR LEAVE TO AMEND - 2