UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OLASEBIKAN N. AKINMULERO,

   Plaintiff,

   v.

DEPARTMENT OF HOMELAND SECURITY, *et al.*,

   Defendants.

NO. C20-1135RSL

ORDER

This matter comes before the Court on plaintiff's request for a settlement conference before the undersigned or a court-appointed moderator. The deadline for a settlement conference between the parties was November 21, 2021. Dkt. # 42 at 1. The conference "requires a face-to-face meeting or a telephone conference between persons with authority to settle the case," but does not require a third-party neutral. Dkt. # 42 at 2. In response to plaintiff's motion, defendants indicate that they are "prepared to confer with Plaintiff in good faith about settlement," but "do not see the need for a formal conference with judicial oversight or involvement at this time." Dkt. # 48 at 1.

The Court rarely, if ever, gets involved in the settlement negotiations between the parties (beyond requiring that the negotiations occur). If the parties have not already done so, they shall schedule and conduct a face-to-face or telephonic meeting in the next ten days to discuss

ORDER - 1

plaintiff's res judicata argument and see if the continuing dispute regarding plaintiff's I-212 application can be resolved. A certificate of compliance and notice regarding whether the above-captioned matter has settled shall be filed on or before December 10, 2021. If the parties need more time in which to conduct their settlement discussions, they may request an extension of these deadlines via a stipulated motion.

For all of the foregoing reasons, plaintiff's motion for a court-moderated settlement conference is DENIED.

Dated this 29th day of November, 2021.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 2