UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OLASEBIKAN N. AKINMULERO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>　　　　　Defendants. | NO. C20-1135-RSL<br><br>STIPULATED MOTION AND ORDER REGARDING DISPOSITIVE MOTIONS DEADLINE |

　　　COME NOW Plaintiff Olasebikan N. Akinmulero, who is appearing *Pro Se*, and Defendants, by and through their undersigned attorneys, and agree, stipulate, and request a two-day extension of the deadline by which the parties must file dispositive motions in this action. The deadline is currently December 7, 2021 (Order, Dkt. No. 42), and the requested extension would make the motions due by December 9, 2021. The brief extension will not otherwise affect the trial and pretrial schedule in this action and is requested due to the illness (minor) of counsel for Defendants.

STIPULATED MOTION AND ORDER
C20-1135-RSL -1

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800

Respectfully submitted this 1st day of December, 2021.

By:
NICHOLAS W. BROWN
United States Attorney

*s/Olasebikan N. Akinmulero*
OLASEBIKAN N. AKINMULERO
PRO SE
3606 S. 180th St., #C35
Seatac, WA 98188
Phone: 206-859-0212
Wzup1tm@yahoo.com

*Plaintiff*

*s/ Patricia D. Gugin*
PATRICIA D. GUGIN, WSBA # 43458
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone:  253-428-3800
Fax:      253-428-3826
E-mail:  pat.gugin@usdoj.gov

*Attorney for Defendants*

## ORDER

The parties having so stipulated, IT IS ORDERED that the deadline by which the parties must file any dispositive motions is extended from December 7, 2021 to December 9, 2021.

Dated this 2nd day of December, 2021.

Robert S. Lasnik
United States District Court Judge

STIPULATED MOTION AND ORDER
C20-1135-RSL -2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee in the Office of the United States Attorney for the Western District of Washington, and of such age and discretion as to be competent to serve papers:

It is further certified that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participant(s):

-0-

I further certify that on this date, I mailed by United States Postal Service, by certified mail, and by email the foregoing to the following non-CM/ECF participant(s)/CM/ECF participant(s), addressed as follows:

Olasebikan N. Akinmulero
PRO SE
3606 S. 180th St., #C35
Seatac, WA 98188

Dated this 1st day of December, 2021.

/s/ Julene Delo
Julene Delo, Legal Assistant
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
Phone: 253-428-3800
Fax: 253-428-3826
E-mail: julene.delo@usdoj.gov

STIPULATED MOTION AND ORDER
C20-1135-RSL -3

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800