1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OLASEBIKAN N. AKINMULERO,

Plaintiff,

v.

DEPARTMENT OF HOMELAND
SECURITY, *et al.*,

Defendants.

NO. C20-1135RSL

ORDER DENYING MOTION FOR
SANCTIONS

This matter comes before the Court on plaintiff's request for discovery sanctions. Dkt.
# 49. The discovery deadline in the above-captioned matter was November 7, 2021, and
discovery motions had to be noted on the Court's calendar for consideration no later than
November 5, 2021. Plaintiff apparently attempted to file a "Motion Discovery According to the
Schedule by the Court Under Rule 26" on or about October 28, 2021, but it was rejected
pursuant to LCR 5(d), which prohibits parties from filing discovery requests. Very little
additional information regarding the nature of that document has been provided: plaintiff asserts
that he sent a "request close to the deadline of November 7th, 2021" (Dkt. # 49 at 2) and
defendants' counsel "represents that Plaintiff did not serve discovery in this action" (Dkt. # 50 at
1).

ORDER DENYING MOTION
FOR SANCTIONS - 1

Regardless whether the October 28, 2021, submission were discovery requests or a motion to compel discovery, it was untimely. Pursuant to LCR 26(d), "[i]nterrogatories, requests for admissions or production, *etc*., must be served sufficiently early that all responses are due before the discovery deadline." Responses to discovery requests served on October 28, 2021, would have been due long after the November 7, 2021, deadline. Likewise, a motion to compel discovery filed on October 28, 2021, would not have been ripe for consideration by November 5, 2021.

Plaintiff has not shown that defendants failed to respond to discovery requests, much less that such failure was sanctionable. The motion for sanctions (Dkt. # 49) is therefore DENIED.

Dated this 6th day of December, 2021.

Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION
FOR SANCTIONS - 2