UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OLASEBIKAN AKINMULERO,

    Plaintiff,

    v.

DEPARTMENT OF HOMELAND SECURITY, *et al.*,

    Defendants.

Cause No. C20-1135RSL

ORDER RENOTING CROSS MOTIONS FOR SUMMARY JUDGMENT

    This matter comes before the Court *sua sponte*. On December 9, 2021, defendants filed a motion for summary judgment, noting it on the Court's calendar for Monday, January 3, 2022. The combination of the holidays, a spike in COVID cases, and a snowstorm slowed both the delivery and docketing of plaintiff's response to the motion. The Court has now received a "Cross Motion Opposition" and an "Amendement [sic] to Cross Motion Opposition," both of which will be docketed and considered together as a cross-motion to defendants' motion for summary judgment. In order to allow defendants an opportunity to respond, the Court orders as follows:

    The Clerk of Court shall renote defendants' motion and shall note plaintiff's cross-motion for consideration on the Court's calendar for Friday, January 14, 2022. Defendants' response/reply memorandum is due on Monday, January 10, 2022. Plaintiff's reply to the cross-motion, if any, is due on Friday, January 14, 2022.

ORDER RENOTING CROSS-MOTIONS
FOR SUMMARY JUDGMENT - 1

1
2   Dated this 5th day of January, 2022.
3
4                                    _____
                                     Robert S. Lasnik
                                     United States District Judge
5
...
27
28  ORDER RENOTING CROSS-MOTIONS
    FOR SUMMARY JUDGMENT - 2