UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OLASEBIKAN AKINMULERO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>　　　　　Defendants. | Cause No. C20-1135RSL<br><br>ORDER FOR FURTHER BRIEFING |

On January 23, 2023, plaintiff's motion for summary judgment was granted in part and the above-captioned matter was remanded to CIS for further consideration of plaintiff's adjustment of status application. Defendants timely filed a motion for reconsideration. The Clerk of Court is directed to renote the motion for reconsideration (Dkt. # 73) on the Court's calendar for Friday, March 3, 2023. Plaintiff may file a response on or before Monday, February 27, 2023. Defendants' reply, if any, is due on or before the note date.

Dated this 7th day of February, 2023.

Robert S. Lasnik
United States District Judge

ORDER FOR FURTHER BRIEFING - 1