UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OLASEBIKAN AKINMULERO,<br><br>  Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>  Defendants. | Cause No. C20-1135RSL<br><br>AMENDED ORDER FOR FURTHER BRIEFING |

On January 23, 2023, plaintiff's motion for summary judgment was granted in part and the above-captioned matter was remanded to CIS for further consideration of plaintiff's adjustment of status application. Defendants timely filed a motion for reconsideration, but it was not properly served on plaintiff. The Clerk of Court is directed to renote the motion for reconsideration (Dkt. # 73) on the Court's calendar for Friday, April 7, 2023. Plaintiff may file a response on or before Monday, April 3, 2023. Defendants' reply, if any, is due on or before the note date.

Dated this 2nd day of March, 2023.

Robert S. Lasnik
United States District Judge

AMENDED ORDER FOR FURTHER BRIEFING - 1